Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| ANDREW JAMES LENGYEL-LEAHU | Case No. 2:17-03631-BKM |
| NATALIA M LENGYEL-LEAHU | ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO: 008 |
| Debtor(s) | DKT #42   DATE: 05/02/2018 |

Edward J. Maney, the Trustee of the above-captioned estate, having objected to the referenced claim; and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing:

IT IS ORDERED THAT:

The Trustee's objection is sustained and the following claim is disallowed:

| | |
|---|---|
| No: | 008 |
| Name: | Thunderbird Collection Specialists |
| Address: | Attn: Bankruptcy/Recovery |
| | 3200 N.Hayden Rd Ste 100 |
| | Scottsdale,AZ 85251- |
| Acct No: | cc2015-238041 |

**ORDER SIGNED AND DATED ABOVE**

CERTIFICATE OF MAILING FOR CASE NO. 2:17-03631-BKM

Copies of the foregoing mailed on June 28, 2018 to:

Attorney for Debtor(s):
Kenneth L. Neeley, Esq.
2250 E. Germann Road
Suite #11
Chandler, AZ 85286-

Debtor(s):
ANDREW JAMES LENGYEL-LEAHU
2181 W. PERIWINKLE WAY
CHANDLER, AZ. 85248

NATALIA M LENGYEL-LEAHU
2181 W. PERIWINKLE WAY
CHANDLER, AZ 85248

Creditor:
Thunderbird Collection Specialists
Attn: Bankruptcy/Recovery
3200 N.Hayden Rd Ste 100
Scottsdale, AZ. 85251-

By: Jackie Garcia
Digitally signed by Jackie Garcia
DN: cn=Jackie Garcia, o=Edward J. Maney, Trustee, ou=File Clerk, email=jgarcia@money13trustee.com, c=US
Date: 2018.07.03 15:08:21 -07'00'
Trustee's Clerk